# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DUC VAN TRAN

VERSUS

MISS QUYNH ANH III, L.L.C.,
ET AL

NO.   2019 CW 0800

**OCT 1 8 2019**

In Re:   Miss Quynh Anh III, L.L.C., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 673720.

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.**

**JEW**
**GH**

**McClendon, J.,** dissents.   The trial court abused its discretion in denying the Motion to Transfer Based on Forum Non Conveniens filed by defendant, Miss Quynh Ahn, III, LLC, as the convenience of the parties and witnesses, as well as the interest of justice, require this case to be heard in the Fifteenth Judicial District Court for the Parish of Vermillion. La. Code Civ. P. art. 123. See also **Holland v. Lincoln General Hospital,** 2010-0038 (La. 10/19/10), 48 So.3d 1050.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT